## Coleman *v*. Slate Belt Telephone & Telegraph Co., Appellant.

OPINION BY PORTER, J., February 28, 1920:

This record presents the same questions discussed in the case of Achenbach v. Slate Belt Telephone & Telegraph Co., in which an opinion has this day been filed, and for the reasons there stated the assignments of error are sustained.

The judgment is reversed and a venire facias de novo awarded.